# COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                        SUPERIOR COURT DEPARTMENT
                                                 CIVIL ACTION NO.: 2177CV794

| | |
|---|---|
| CAROLINA PENA,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DOLLAR TREE STORES, INC.,<br>　　　Defendant | )<br>)<br>) |

**COMPLAINT**

1. The plaintiff, Carolina Pena, is an individual with a usual residence in Methuen, Essex County, Massachusetts.

2. The defendant, Dollar Tree Stores, Inc., is a foreign corporation, and at all times relevant hereto conducted business in Massachusetts.

3. On or about September 8, 2018, defendant Dollar Tree Stores, Inc., owned, managed and/or controlled the Dollar Tree Store located at 178 Haverhill Street, Methuen, Massachusetts, (hereinafter the "premises").

4. On or about September 8, 2018, the plaintiff was lawfully upon premises when she slipped and fell sustaining injuries.

5. The defendant, Dollar Tree Stores, Inc., so carelessly, recklessly and negligently maintained the premises as to cause the plaintiff to fall and sustain serious bodily injuries.

6. Plaintiff's accident was caused by the negligence of the defendant Dollar Tree Stores, Inc.

7. As a direct and proximate result of the negligence of the defendant, Dollar Tree Stores, Inc., the plaintiff sustained severe and painful injuries to both body and mind, necessitating and continuing to necessitate medical care and attention, hospitalization, medication and loss of time from her usual activities.

WHEREFORE, the plaintiff demands judgment for the full extent of her damages, plus interest and costs.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Respectfully submitted,
By her attorney,

Dated: 8/3/2021

*/s/ Mark A. Sweet*
Mark A. Sweet, BBO#633082
385 Broadway
Revere, MA 02151
(781) 284-0200
marksweet@erizon.net